FILED
OCT 25 2013
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDY I. CARTER<br>3102 RAMSGATE PLACE<br>FT. WASHINGTON, MARYLAND 20744<br><br>Plaintiff<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant | Case: 1:13-mc-01206<br>Assigned To : Leon, Richard J.<br>Assign. Date : 10/25/2013<br>Description: Miscellaneous |

**MOTION FOR AN ORDER PURSUANT TO CUSTOMER CHALLENGE PROVISIONS OF THE 1978 RIGHT TO FINANCIAL PRIVACY ACT**

Comes now Judy I. Carter, (Carter), by and through undersigned counsel, and moves this Court for an order quashing the subpoenas for her financial records with: the Department of Justice's Federal Credit Union and None Suffer Lack Federal Credit Union, on the grounds hereinafter stated:

1. William M. Blier, General Counsel for the Office of the United States' Department of Justice's Office of the Inspector General, caused two subpoenas to be issued for Carter's financial records at: the United States Department of Justice's Federal Credit Union and None Suffer Lack Federal Credit Union.

2. The United States lacks probable cause to subpoena Carter's financial records because it has already reviewed her bank records and it appears that they have failed to obtain any evidence that she was involved in any misconduct and/or wrongdoings.

**WHEREFORE THE PREMISES CONSIDERED**, Carter prays that that this motion be granted.

Respectfully submitted,

*[signature]*

Wendell C. Robinson, 377091
7600 Georgia Ave. N.W., Suite 203
Washington, D.C. 20012
202-223-4470

### Certificate of Service

I certify that a copy of this motion was mailed, postage, prepaid, on this 24th day of October 2013, to: William M. Blier, General Counsel, Office of the Inspector General, 950 Pennsylvania Avenue, N.W. Room 4726 Washington, D.C. 20530.

*[signature]*

Wendell C. Robinson

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDY I. CARTER : | |
| 3102 RAMSGATE PLACE : | |
| FT. WASHINGTON, MARYLAND 20744 : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | Case No:_____ |
| : | |
| UNITED STATES OF AMERICA : | |
| : | |
| Defendant : | |

## STATEMENT OF POINTS OF LAW AND AUTHORITIES

Carter submits the following points and authorities in support of her motion.

1. The Financial Review Act of 1978, 12 U.S.C. § 3401-3422, and Federal Rules of Civil Procedure 12 and Local Civil Rule 7.

## CONCISE STATEMENT OF FACTS PURSUANT TO LOCAL CIVIL RULE 7 (a)

2. Carter is employed as an Executive Officer with the United States Parole Commission. She's been a federal employee for over thirty (35) years. On or about October 16, 2013, she was served with two *subpoenas duces tecum* that were served on the Department of Justice's Federal Credit Union and the None Suffer Lack Federal Credit Union, for Carter's financial records from January 1, 2009, to January 1, 2013. **Exhibit # 1**. The documents are supposed to be produced on the 10th day of November 2013, at: 1:00 p.m, in connection with an investigation into the alleged misconduct by an employee (s) of the United States Department of Justice.

3. Carter previously filed a motion to quash a subpoena that was issued for her bank records. The Court denied that motion. **Exhibit # 2.** As a result, the United States was able to obtain all of her bank records. It appears that the United States, after reviewing Carter's bank statements, were unable to obtain any information of any misconduct or wrongdoing attributable

3

to Carter and they have now embarked on a fishing expedition, in the hopes of finding something(s) to substantiate their allegations that Carter was involved in misconduct and/or wrongdoing.

4. Carter seeks to prevent the disclosure of her financial records because: **1)**, the United States has reviewed all of her bank records, pertinent to their investigation, and it appears that they have not found any evidence of any misconduct or wrongdoing, attributable to Carter, **2)**, the United States has not substantially complied with the Right to Financial Privacy Act of 1978, that Carter's financial records should not be disclosed because to do so would be in violation of her rights under the Fifth Amendment of the United States Constitution, **3)**, that the United States has refused to identify any statute, rule, regulation, or administrative guideline, that Carter is alleged to have violated, and **4)**, the Defendant has, in its possession, records and documents that it knows, or through the exercise of ordinary care it should know, that Carter has not committed any act (s) of misconduct or wrongdoing that would merit the continued disclosure and review of her financial records.

**Wherefore, the premises considered**, Carter prays this motion be granted.

Respectfully submitted,

/s/ Wendell C. Robinson
Wendell C. Robinson, 377091
4308 Georgia Ave. N.W.
Washington, D.C. 20011
202-223-4470

4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUDY I. CARTER                              :
3102 RAMSGATE PLACE                         :
FT. WASHINGTON, MARYLAND 20744              :
                                            :
        Plaintiff                           :
                                            :
        v.                                  :    Case No:_____
                                            :
UNITED STATES OF AMERICA                    :
                                            :
        Defendant                           :

## JUDY I. CARTER

I, Judy I. Carter, after being duly sworn states as follows:

1. That I am employed as an Executive Officer with the United States Parole Commission,

2. That on or about October 16, 2013, I was served with two *subpoenas duces tecum*, for my financial records from: the United States Department of Justice's Federal Credit Union and None Suffer Lack Federal Credit Union.

3. That I object to the production of my financial records because their production violates my rights as indicated in my attorney's motion to quash the bank subpoena, that the United States lacks probable cause to believe I was involved in any misconduct and/or wrongdoings.

_____
JUDY I. CARTER

Subscribed and sworn to before me this ____23rd____ day of October 2013.

_____
NOTARY PUBLIC

My Commission Expires: __11-17-2016__

JUGENS BOURS72007
NOTARY PUBLIC
STATE OF MARYLAND, MC

6